1 Peter Sean Bradley #109258
Law Office of Peter Sean Bradley
2 7045 N. Fruit Avenue
Fresno, CA 93711-0761
3 Telephone: (559) 431-3142
Facsimile: (559) 436-1135
4
5 Attorneys for Naeem Mujtaba Qarni, Najam UI Mujtaba Qarni,
Valley Diagnostics Laboratory, Inc.

UNITEDS STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULAMNABI VAHORA, | Case No.: 1:16-cv-01624-LJO-SKO |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RE RESPONSE OF NAJAM UL MUJTABA QARNI** |
| SHEIKH M. MASOOD, NAEEM MUJTABA QARNI, NAJAM UI MUJTABA QARNI, VALLEY DIAGNOSTICS LABORATORY, INC. | |
| Defendants. | |

The parties through their respective counsel hereby agree that the response/answer of NAJAM UL MUJTABA QARNI will not be due until after the ruling on the currently pending Motion to Dismiss filed by NAEEM ULMUJTABA QARNI, SHEIKH M. MASOOD, M.D., and VALLEY DIAGNOSTICS LABORATORY, INC. (collectively, "Moving Defendants").

NAJAM UL MUJTABA QARNI's deadline for answering or responding to the pleadings will be the same as Moving Defendants' deadline to respond/answer, as determined by court order or statute

Dated:  February 15, 2017                    Hopkins & Carley

By /s/ Monique D. Jewett-Brewster
Monique D. Jewett-Brewster
Attorneys for Plaintiffs

Dated:  February 15, 2017                    Law Office of Peter Sean Bradley

By  /s/ Peter Sean Bradley
Peter Sean Bradley
Attorney for Defendants
Naeem Mujtaba Qarni,
Najam Ul Mujtaba Qarni, Valley
Diagnostics Laboratory, Inc.

## ORDER

Pursuant to the parties' stipulation (Doc. 18), the deadline for Defendant Najam Ul Mujtaba Qarni to file a responsive pleading shall be within the time prescribed by Fed. R. Civ. P. 12(a)(4), unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated:  **February 16, 2017**              /s/ *Sheila K. Oberto*
                              UNITED STATES MAGISTRATE JUDGE