Maria S. Bellafronto (State Bar No. 161994)
mbellafronto@hopkinscarley.com
Monique D. Jewett-Brewster (State Bar No. 217792)
mjb@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
GULAMNABI VAHORA, M.D., Ph.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GULAMNABI VAHORA, M.D., Ph.D., <br><br>Plaintiff, <br><br>v. <br><br>VALLEY DIAGNOSTICS LABORATORY INC., NAEEM MUJTABA QARNI (a/k/a QARNI NAEEM UL MUJTABA), NAJAM UL MUJTABA QARNI and SHEIKH M. MASOOD, M.D., <br><br>Defendants. | CASE NO.  1:16-CV-01624-LJO-SKO <br><br>**STIPULATION AND ORDER TO CONTINUE RULE 26(f) DISCOVERY CONFERENCE PENDING RESOLUTION OF MOTION TO DISMISS** <br><br>Hon. Magistrate Judge Sheila K. Oberto |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

STIPULATION AND ORDER TO CONTINUE RULE 26(f) DISCOVERY CONFERENCE
PENDING RESOLUTION OF MOTION TO DISMISS                                        1:16-CV-01624-LJO-SKO

1  WHEREAS, Plaintiff Dr. Gulamnabi Vahora ("Plaintiff" or "Dr. Vahora") filed his
2  Complaint in the above-captioned case on October 26, 2016 (Dkt. No. 1);
3  WHEREAS, Defendants Valley Diagnostic Laboratory, Inc. ("VDL"), Sheikh M. Masood
4  ("Masood") and Naeem Mujtaba Qarni ("Naeem," or together with VDL and Masood, "Moving
5  Defendants") filed their Motion to Dismiss Plaintiff's Complaint on January 9, 2017 (Dkt. No 8);
6  WHEREAS, the Court vacated the Motion to Dismiss hearing set for February 15, 2017
7  and will issue a written decision on the Motion to Dismiss without the need for oral argument
8  (Dkt. No. 14);
9  WHEREAS, on February 14, 2017, the Court continued the Initial Scheduling Conference
10 set for February 3, 2017 to April 4, 2017 at 10:30 a.m. due to the pending Motion to Dismiss,
11 (Dkt. No. 15); and
12 WHEREAS, the parties desire to continue the Rule 26(f) discovery conference in this case
13 pending the Court's entry of its order on the Motion to Dismiss in this case.
14 THEREFORE, the parties hereby agree and stipulate that, subject to the Court's approval,
15 the parties' deadline to complete the Rule 26(f) discovery conference in this case shall be
16 continued until seven (7) calendar days after the Court enters its order on the pending Motion to
17 Dismiss to Plaintiff's Complaint.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

- 1 -
STIPULATION AND ORDER TO CONTINUE RULE 26(f) DISCOVERY CONFERENCE
PENDING RESOLUTION OF MOTION TO DISMISS                                    1:16-CV-01624-LJO-SKO

| | |
|---|---|
| Dated:  March 15, 2017 | HOPKINS & CARLEY<br>A Law Corporation |
| | By: /s/ Maria S. Bellafronto<br>    Maria S. Bellafronto<br>    Monique D. Jewett-Brewster<br>    Attorneys for Plaintiff |
| Dated:  March 21, 2017 | LAW OFFICE OF PETER SEAN BRADLEY<br>BRADLEY |
| | By: /s/ Peter Sean Bradley<br>    Peter Sean Bradley<br>    Attorneys for Defendants |

**ORDER**

Pursuant to the parties' "Stipulation to Continue Rule 26(f) Discovery Conference Pending Resolution of Motion to Dismiss" (Doc. 22), and good cause appearing, the Court hereby **CONTINUES the Scheduling Conference to May 23, 2017, at 10:30 a.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto.**  The parties shall file their Joint Scheduling Report by no later than May 16, 2017.

IT IS SO ORDERED.

Dated:    **March 21, 2017**              /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO

- 2 -
STIPULATION AND ORDER TO CONTINUE RULE 26(f) DISCOVERY CONFERENCE
PENDING RESOLUTION OF MOTION TO DISMISS                                    1:16-CV-01624-LJO-SKO