UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULAMNABI VAHORA, | 1:16-cv-01624 LJO SKO |
| Plaintiff, | NEW CASE NUMBER: |
| v. | **1:16-cv-01624 SKO** |
| VALLEY DIAGNOSTICS LABORATORY INC., et al, | **ORDER REASSIGNING CASE** |
| Defendants. | |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of Chief United States District Judge Lawrence J. O'Neill, to the docket of United States Magistrate Judge Sheila K. Oberto, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:16-cv-01624 SKO**

IT IS SO ORDERED.

   Dated: __**May 9, 2017**__              _____/s/ Lawrence J. O'Neill_____
                                                             UNITED STATES CHIEF DISTRICT JUDGE