# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULAMNABI VAHORA,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY DIAGNOSTICS LABORATORY INC. and NAEEM MUJTABA QARNI (a/k/a QARNI NAEEM UL MUJTABA),<br><br>Defendants. | **Case No. 1:16-cv-01624-SKO**<br><br>**ORDER ON PARTIES' MOTIONS IN LIMINE**<br><br>**(Docs. 71, 77)** |

The Court conducted a hearing on the parties' Motions in Limine on December 19, 2018. Plaintiff Gulamnabi Vahora appeared telephonically on his own behalf, and Peter Bradley, Esq., appeared personally on behalf of Defendants Valley Diagnostics Laboratory Inc. ("VDL") and Naeem Mujtaba Qarni (a/k/a Qarni Naeem Ul Mujtaba) ("Naeem") (collectively, "Defendants").

As set forth on the record in open court, the parties' Motions in Limine ("MIL") are ruled upon as follows:

**A.  Plaintiff's Motion in Limine**

1.  Plaintiff's MIL No. 1 to exclude evidence related to Defendants' second affirmative defense (Doc. 71), is DENIED.

**B.     Defendants' Motions in Limine**

1. Defendants withdrew the portion of MIL No. 1 seeking to exclude "all documents produced by Defendants, including tax returns to the extent produced." The remainder of MIL No. 1 to exclude other documents not identified in Plaintiff's Rule 26 initial disclosures (Doc. 77), is DENIED.

2. Defendants' MIL No. 2 to exclude evidence of damages based on computations not provided in Plaintiff's Rule 26 initial disclosures (Doc. 77-1), is DENIED.

3. Defendants' unopposed MIL No. 3 to determine that deposition transcripts of Gulamnabi Vahora and Alfonso Flores have been properly authenticated (Doc. 77-2), is GRANTED.

4. Defendants' MIL No. 4 to preclude Plaintiff from introducing any argument, evidence, or document pertaining to accounting for profits and losses of VDL, and/or any claim or argument that VDL was profitable (Doc. 77-3), is DENIED.

5. Defendants' MIL No. 5 (Doc. 77-4), which is identical to MIL No. 1, is DENIED as moot.

IT IS SO ORDERED.

Dated:     **December 20, 2018**              /s/ *Sheila K. Oberto*
                                                           UNITED STATES MAGISTRATE JUDGE