UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GULAMNABI VAHORA,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY DIAGNOSTICS LABORATORY INC. and NAEEM MUJTABA QARNI,<br><br>Defendants. | Case No. 1:16-cv-01624-SKO<br><br>**ORDER *re* JOINT STIPULATION TO AMEND THIRD AMENDED PRETRIAL ORDER BY GRANTING THE PARTIES LEAVE TO FILE AMENDED FINAL EXHIBIT LISTS**<br><br>(Doc. 134)<br><br>Trial: May 14, 2019<br>Time: 8:30 A.M.<br>Place: Courtroom 7, Robert E. Coyle United States Courthouse |

The Court has reviewed the parties' *Joint Stipulation to Amend Third Amended Pretrial Order By Granting the Parties Leave to File Amended Final Exhibit Lists* (Doc. 134), and finds that modification of the Pretrial Order to include the parties' additional trial exhibits for reasons stated in the Joint Stipulation will prevent manifest injustice. The parties' request is therefore GRANTED.

**By no later than 5:00 PM on May 10, 2019, the parties SHALL file the amended final exhibit lists attached as Attachments 1-3 to the Joint Stipulation, to the extent not already filed.**

IT IS SO ORDERED.

Dated: **May 10, 2019**         /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE

- 2 -

ORDER GRANTING JOINT STIPULATION REQUESTING LEAVE
*re* AMENDED FINAL EXHIBIT LISTS