SILVERANG, ROSENZWEIG
& HALTZMAN, LLC
Philip S. Rosenzweig, PA # 62461 (*pro hac vice*)
  *prosenzweig@sanddlawyers.com*
900 East 8th Avenue, Suite 300
King of Prussia, PA  19406
Telephone:     (610) 263-0124
Facsimile:      (610) 263-0122

MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
Shane G. Smith, CA # 272630
  *shane.smith@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93729-8912
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

*Attorneys for Plaintiff,*
*Gulamnabi Vahora, M.D., Ph.D.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GULAMNABI VAHORA, a Pennsylvania individual,<br><br>             Plaintiff,<br><br>      v.<br><br>VALLEY DIAGNOSTICS LABORATORY INC., a California corporation, and NAEEM MUJTABA QARNI, a California individual,<br><br>             Defendants. | Case No. 1:16-cv-01624-SKO<br><br>**PLAINTIFF GULAMNABI VAHORA, M.D., Ph.D.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RELIEF FROM THE IMPOSITION OF AN AUTOMATIC STAY UNDER 11 U.S.C. § 362(a) [ECF 167]** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

PLTF.'S REQUEST FOR JUDICIAL NOTICE *re* RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(a)

Plaintiff Gulamnabi Vahora, M.D., Ph.D. ("Plaintiff" or "Dr. Vahora") respectfully requests leave to file the *Order Granting-In-Part and Denying-In-Part Creditor Gulamnabi Vahora, M.D., Ph.D.'s Motion for Annulment of the Automatic Stay (Retroactive Relief from the Automatic Stay)* issued by Hon. Frederick E. Clement on August 24, 2019 (hereinafter "Order"), a true and correct copy of which is attached as **Exhibit "1"** hereto. The Order has been docketed at ECF 68 in *In re Qarni*, Bankruptcy Case No. 19-12679 currently pending in the United States Bankruptcy Court for the Eastern District of California, Fresno Division.

Upon its filing, Dr. Vahora respectfully requests that the Court take judicial notice of the Order and its contents in connection with the Court's consideration of whether to impose the automatic stay under 11 U.S.C. § 362(a) on proceedings in this Court (*see* ECF 165, 167, 172, and 173). As pertinent, Dr. Vahora cites the Order's first paragraph, which states in full:

> The Motion is granted-in-part, hereby lifting the automatic stay prospectively to the debtor Naeem Qarni, to allow completion through final judgment of the pending federal district court action against the debtor Naeem Qarni and Valley Diagnostics Laboratory, Inc., Case No. 1:16-cv-01624-SKO. The movant [Dr. Vahora] may file, defend, and litigate any post judgment motions or appeals in the action, Case No. 1:16-cv-01624-SKO.

(Order ¶ 1.)

"A matter may be judicially noticed if it is either 'generally known within the trial court's territorial jurisdiction' or 'can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned.'" Fed. R. Evid. 201(b). Courts may "take judicial notice of ***court filings*** and other matters of public record[, as they] are readily verifiable and therefore, the proper subject of judicial notice." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.9 (9th Cir. 2006 (emphasis added)); *see also Triguros v. Adams*, 658 F.3d 983, 987 (9th Cir. 2011) (holding court may take judicial notice pursuant to Fed. R. Evid. 201(b) of "proceeding in other courts, both within and without the federal judicial system . . . .").)

The Order attached as Exhibit 1 is an authentic matter of public record, and the Order itself as well as the information contained therein was previously known to Defendants Naeem Mujtaba Qarni

and Valley Diagnostic Laboratories, Inc. at least because Defendant Mr. Qarni is a co-debtor in Bankruptcy Case No. 19-12679, and because Defendants' trial counsel Mr. Peter Bradley has been copied on correspondence from Mr. Qarni's bankruptcy counsel to Dr. Vahora's counsel in connection with that bankruptcy proceeding.

For these reasons, Plaintiff respectfully requests that this Court accept the filing of the attached Order, and to take judicial notice of its contents.

Respectfully submitted,

Dated:  August 27, 2019

By: _/s/ Shane G. Smith_____

MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
Shane G. Smith, CA # 272630
   shane.smith@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93729-8912
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

SILVERANG, ROSENZWEIG
& HALTZMAN, LLC
Philip S. Rosenzweig, PA # 62461
(*pro hac vice*)
   prosenzweig@sanddlawyers.com
900 East 8th Avenue, Suite 300
King of Prussia, PA  19406
Telephone:     (610) 263-0124
Facsimile:     (610) 263-0122

*Attorneys for Plaintiff,
Gulamnabi Vahora, M.D., Ph.D.*

# Exhibit "1"

3

1　SILVERANG, ROSENZWEIG
　　& HALTZMAN, LLC
2　Philip S. Rosenzweig, PA # 62461 (*pro hac vice*)
　　　*prosenzweig@sanddlawyers.com*
3　595 E. Lancaster Ave., Ste. 203
4　St. Davids, PA 19087-5145
　　Telephone:　　(610) 263-0124
5　Facsimile:　　　(610) 263-0122

6
　　MCCORMICK, BARSTOW, SHEPPARD,
7　WAYTE & CARRUTH LLP
　　Shane G. Smith, CA # 272630
8　　*shane.smith@mccormickbarstow.com*
　　Paul R. Gaus, #319979
9　　*paul.gaus@mccormickbarstow.com*
　　7647 North Fresno Street
10　Fresno, California 93729-8912
　　Telephone:　　(559) 433-1300
11　Facsimile:　　　(559) 433-2300

12
　　*Attorneys for Plaintiff,*
13　*Gulamnabi Vahora, M.D., Ph.D.*

14

15　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT

16　　　　　　　　　　　　EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

17

| | |
|---|---|
| 18　In re | **[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART CREDITOR GULAMNABI VAHORA, M.D., Ph.D.'S MOTION FOR ANNULMENT OF THE AUTOMATIC STAY (RETROACTIVE RELIEF FROM THE AUTOMATIC STAY)** |
| 19　NAEEM MUJTABA QARNI | |
| 20　and | |
| 21　SAIMA QARNI, | Case No. 19-12679 |
| 22　　　　　Debtors. | Chapter 13 |
| 23 | DCN: PRG-1 |
| 24 | Judge:　Hon. Fredrick E. Clement |
| 25 | Date:　　August 14, 2019 |
| 26 | Time:　　3:00 P.M.<br>Crtrm.:　11 |

27

28　///

RECEIVED
August 23, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006569161

[PROPO]SED] ORDER GRANTING-IN-PART AND DENYING-IN-PART CREDITOR GULAMNABI VAHORA, [M.]D.'S MOTION FOR ANNULMENT OF THE AUTOMATIC STAY (RETROACTIVE RELIEF FROM THE AUTOMATIC STAY)

1  This matter came before the Court on Creditor Gulamnabi Vahora, M.D. Ph.D.'s ("Movant")
2  Motion for Annulment of the Automatic Stay (Retroactive Relief from the Automatic Stay)
3  ("Motion") (ECF No. 18.)

4  Movant's Motion has been presented to the court. Having considered the well-pleaded facts
5  of the Motion, the Debtors' responsive pleading, and oral statements on the record at the hearing on
6  the Motion, **IT IS ORDERED:**

7  1.  The Motion is granted-in-part, hereby lifting the automatic stay prospectively to the
8  debtor Naeem Qarni, to allow completion through final judgment of the pending federal district court
9  action against the debtor Naeem Qarni and Valley Diagnostics Laboratory, Inc., Case No. 1:16-cv-
10  01624-SKO. The movant may file, defend, and litigate any post-judgment motions or appeals in the
11  action, Case No. 1:16-cv-01624-SKO.

12  2.  IT IS FURTHER ORDERED that the movant shall not take any action to collect or
13  enforce the judgment entered against the debtor, or collect or enforce any costs or attorney's fees
14  awarded or to be awarded against the debtor, during the pendency of this Bankruptcy Case No. 19-
15  12679, except by filing a proof of claim, amending an existing proof of claim in this case, or pursuing
16  other remedies under the Bankruptcy Code, including, but not limited to, filing an adversary
17  proceeding or pursuing conversion or dismissal of this chapter 13 case.

18  3.  IT IS FURTHER ORDERED that, to the extent the motion is granted, the 14-day stay
19  of the order under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

20  4.  IT IS FURTHER ORDERED that retroactive relief from stay as to the pending district
21  court action against the debtor Naeem Qarni and Valley Diagnostics Laboratory, Inc., Case No. 1:16-
22  cv-01624-SKO, is denied.

23  5.  IT IS FURTHER ORDERED that retroactive and prospective relief from stay is denied
24  with respect to the first cause of action alleged in the complaint filed (ECF 1) in the pending district
25  court action against Valley Diagnostics Laboratory, Inc., Case No. 1:19-cv-00912-DAD-SKO. The
26  Movant shall dismiss the first cause of action and not take any action to appoint a receiver to oversee
27  Valley Diagnostics Laboratory, Inc.

28  6.  IT IS FURTHER ORDERED that retroactive and prospective relief from stay is denied

2
McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART CREDITOR GULAMNABI VAHORA,
M.D., Ph.D.'S MOTION FOR ANNULMENT OF THE AUTOMATIC STAY (RETROACTIVE RELIEF FROM THE
AUTOMATIC STAY)

as to the second, third, and fourth causes of action alleged in the complaint filed (ECF 1) in the pending district court action against Valley Diagnostics Laboratory, Inc., Case No. 1:19-cv-00912-DAD-SKO as the stay does not apply to the second, third and fourth causes of action. The Movant is permitted to proceed and prosecute the remaining causes of action for (1) an accounting; (2) breach of fiduciary duty against Valley Diagnostics Laboratory Inc.; and (3) breach of partnership duties against Valley Diagnostics Laboratory, Inc.

7. IT IS FURTHER ORDERED that no other relief is awarded. To the extent the Motion Includes a request for attorney's fees or other costs for bringing this Motion, the request is denied.

Dated: Aug 24, 2019

Fredrick E. Clement
United States Bankruptcy Judge

I have reviewed this order and it conforms to the Court's ruling on the Motion.

Dated: 8/20/19                                By: Nicholas E. Aniotzbehere

038083-000001 6243035.2

3
[PROPOSED] ORDER GRANTING-IN-PART AND DENYING-IN-PART CREDITOR GULAMNABI VAHORA, M.D., Ph.D.'S MOTION FOR ANNULMENT OF THE AUTOMATIC STAY (RETROACTIVE RELIEF FROM THE AUTOMATIC STAY)

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On August 27, 2019, I served true copies of the following document(s) described as **PLAINTIFF GULAMNABI VAHORA, M.D., Ph.D.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RELIEF FROM THE IMPOSITION OF AN AUTOMATIC STAY UNDER 11 U.S.C. § 362(a) [ECF 167] and Exhibit 1 attached hereto** on the interested parties in this action as follows:

LAW OFFICE OF PETER SEAN BRADLEY
Peter Sean Bradley # 109258
  penner.bradley@sbcglobal.net
7045 N. Fruit Ave.
Fresno, CA 93711-0761
Telephone:   (559) 431-3142
Facsimile:    (559) 436-1135
*Attorneys for Defendants VALLEY DIAGNOSTICS LABORATORY INC. and NAEEM MUJTABA QARNI*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 27, 2019, at Fresno, California.

  */s/ Shane G. Smith*
  Shane G. Smith

038083-000000 6262143.1