Peter Sean Bradley #109258
Law Office of Peter Sean Bradley
7045 N. Fruit Avenue
Fresno, CA  93711-0761
Telephone:  (559) 431-3142
Facsimile:  (559) 436-1135

Attorney for
Valley Diagnostics Laboratory, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| GULAMNABI VAHORA,<br><br>                       Plaintiffs,<br><br>     v.<br><br>SHEIKH M. MASOOD, NAEEM MUJTABA QARNI, NAJAM UI MUJTABA QARNI, VALLEY DIAGNOSTICS LABORATORY, INC.<br>        Defendants. | NOTICE OF APPEAL<br><br>No.  16-CV-01624-LHO-SKO |
|---|---|

TO THE HONORABLE COURT:

Notice is hereby given that defendant Valley Diagnostics Laboratory, Inc., hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment against it in the above-entitled civil case entered on May 21, 2019 (Dkt. No. 153) , and all related orders and judgments entered previously, including the trial court's denial of said defendant's

Motion for New Trial or to Amend The Judgment and Motion for Judgment as a Matter of Law filed by the court on November 12, 2019 (Dkt. No. 180.) This notice of appeal is being filed in compliance with 28 U.S.C. §1291 and Federal Rules of Appellate Procedure 3 and 4.

Dated: December 10, 2019                    Peter Sean Bradley, Esq.

By: *Peter Sean Bradley*
_____
Peter Sean Bradley
Attorney for Valley Diagnostics Laboratories, Inc.