Peter Sean Bradley, Esq. #109258
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

(SPACE BELOW FOR FILING STAMP ONLY)

Attorney for Valley Diagnostics Laboratory, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GULAMNABI VAHORA, M.D., Ph.D., <br><br>　　　　Plaintiff,<br><br>v.<br><br>VALLEY DIAGNOSTICS LABORATORY, INC., NAEEM MUJTABA QARNI (a/k/a QARNI NAEEM UL MUJTABA), NAJAM UL MUJTABA QARNI and SHEIKH M. MASOOD, M.D.,<br><br>　　　　Defendants. | Case No.: 1:16-CV-01624-LJO-SKO<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on the 21st day of May, 2019 in favor of Plaintiff GULAMNABI VAHORA, M.D., Ph.D., against VALLEY DIAGNOSTICS LABORATORY, INC., in the amount of $158,175 plus interest from the 21st day of May, 2019, and against NAEEM QARNI in the amount of $240,232 plus interest from the 21st day of May, 2019, with costs to be taxed, and costs in the amount of $1,827.02 having been taxed on the 11th day of June, 2019, and said judgment with interest and costs thereon having been fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

Acknowledgment of Satisfaction of Judgment

1

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: July 10, 2020

SILVERANG, ROSENZWEIG & HALTZMAN, LLC

By: _____
Philip S. Rosenzweig, Esq.
Woodlands Center
900 East 8th Avenue, Suite 300
King of Prussia, PA 19406
(610) 263-0124
prosenzweig@sanddlawyers.com

Dated: July 10, 2020

Gulamnabi Vahora, M.D., Ph.D.

By: _____
Gulmanabi Vahora, M.D., Ph.D.

Acknowledgment of Satisfaction of Judgment

2

```
STATE OF PENNSYLVANIA    )
                         )   ss.:
COUNTY OF Montgomery     )
```

On the 10TH day of July, 2020 before me personally came Gulmanabi Vahora, M.D., Ph.D. to me known, Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

*MaryEllen V. Raynor*

Notary Public

Commonwealth of Pennsylvania - Notary Seal
MARYELLEN V. RAYNOR, Notary Public
Montgomery County
My Commission Expires April 7, 2021
Commission Number 1209873

Acknowledgment of Satisfaction of Judgment

3

STATE OF PENNSYLVANIA              )
                                   )   ss.:
COUNTY OF Montgomery               )

On the 10TH day of July, 2020 before me personally came Philip S. Rosenzweig to me known and known to be a member of the firm of SILVERANG, ROSENZWEIG & HALTZMAN, LLC, attorneys for GULAMNABI VAHORA, M.D., Ph.D., Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
MARYELLEN V. RAYNOR, Notary Public
Montgomery County
My Commission Expires April 7, 2021
Commission Number 1209873

Acknowledgment of Satisfaction of Judgment

4